UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR13-0753 EMC |
| Plaintiff, | |
| v. | **CLARIFICATION OF COURT'S MAY 7, 2014 ORDER** |
| IVAN SPEED, | |
| Defendants. | |

On May 7, 2014, the government filed a motion for clarification of this Court's order requiring the government to provide the confidential informant's file for *in camera* review.  The Court provides the following guidance.

The government may provide a copy of the confidential informant's file, provided that the copy is complete and includes copies of all materials in the file and are legible.  The Court will maintain the copy in its chambers until the Court determines it is no longer necessary for purposes of ruling on the parties' dispute or for trial.  The file will not leave the Court's chambers and no additional copies of the contents of the file will be made.  When the Court determines it is no longer necessary for it to maintain the copy of the confidential informant's file, it will notify the government and, at that point, a special agent of the Drug Enforcement Agency may come to retrieve the copy.

//

//

//

//

1

The copy of the confidential informant's file will be submitted to the Court for *in camera* review no later than 5:00pm, Thursday, May 8, 2014, as previously ordered.

Dated:      May 7, 2014

_____
EDWARD M. CHEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28