UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IVAN SPEED,<br><br>　　　　Defendant.<br>_____/ | No. CR-13-0753 EMC<br><br>**ORDER RE GOVERNMENT'S *EX PARTE* MOTION REGARDING DISCLOSURE OF IMPEACHMENT INFORMATION**<br><br>**(Docket No. 79)** |

　　　　On May 20, 2014, the Court received an *ex parte* motion under seal from the government seeking a ruling regarding its disclosure obligation of potential impeachment material. After reviewing the *ex parte* motion, the Court **ORDERS** the government to disclose its *ex parte* motion to Defendant's counsel under seal and subject to the limitation that Defendant's counsel will not disclose the motion, or the information contained therein, to any third party (including Defendant) unless leave is first obtained from the Court. The Court further **ORDERS** Defendant to file under seal any opposition to the government's motion no later than 5:00 p.m. on **Thursday, May 22, 2014**.

　　　　IT IS SO ORDERED.


Dated: May 20, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge