MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KIMBERLY E. HOPKINS (MABN 668608)
W.S. WILSON LEUNG (CABN 10939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    Fax: (415) 436-6753
    wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO.  CR 13-0753 EMC |
| | ) | |
| v. | ) | |
| | ) | |
| IVAN SPEED, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER SEALING TRIAL EXHIBITS |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

STIPULATION AND [PROPOSED]
ORDER SEALING TRIAL EXHIBITS     1

1    The United States of America and Defendant Ivan Speed, through counsel, hereby stipulate and

2  agree to the entry of the Proposed Order Sealing Trial exhibits.  The parties stipulate and agree that the

3  following exhibits should be sealed to maintain the safety of the Confidential Informant that testified at

4  trial in the above mentioned case:  Government's Exhibits 1A-1D and Defendant's Exhibits 35, 40, 45,

5  50, 55, 60, 65, 70, 75, 80, and 85.

6  DATED: June 6, 2014                              Respectfully submitted,

7                                                   MELINDA HAAG
                                                    United States Attorney
8
                                        By: _____/S/_____
9                                           KIMBERLY E. HOPKINS
                                            W.S. WILSON LEUNG
10                                          Assistant United States Attorneys

11

12  DATED: June 6, 2014              By: _____/S/_____
                                         SEVERA KEITH
13                                       Attorney for Defendant Ivan Speed

14                              [PROPOSED] ORDER

15

16    Based on the Stipulation set forth above, and for good cause shown, IT IS HEREBY ORDERED

17  that the Following Trial exhibits will be sealed: Government's Exhibits 1A-1D and Defendant's Exhibits

18  35, 40, 45, 50, 55, 60, 65, 70, 75, 80, and 85.

19

20  DATED:  June _____, 2014
                      9
21                                          HON. EDWARD M. CHEN
                                            United States Di...
22
                                            IT IS SO ORDERED
23
                                            Judge Edward M. Chen
24

25                                          UNITED STATES DISTRICT COURT
                                            NORTHERN DISTRICT OF CALIFORNIA
26

27

28  STIPULATION AND [PROPOSED]
    ORDER SEALING TRIAL EXHIBITS          2