1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  KIMBERLY E. HOPKINS (MABN 668608)
   W.S. WILSON LEUNG (CABN 10939)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-6758
        Fax: (415) 436-6753
8       wilson.leung@usdoj.gov

9  Attorneys for the United States of America

10
                         UNITED STATES DISTRICT COURT
11
                        NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA      ) NO.   CR 13-0753-EMC
                                   )
15 |        v.                     )
                                   )
16 | IVAN SPEED,                   ) SECOND AMENDED STIPULATION AND
                                   ) [PROPOSED] ORDER SEALING TRIAL
17 |        Defendant.              ) EXHIBITS
                                   )
18                                 )
                                   )
19 |_____ )

28 SECOND AMENDED STIPULATION AND
   [PROPOSED] ORDER SEALING TRIAL EXHIBITS         1

The United States of America and Defendant Ivan Speed, through counsel, hereby stipulate and agree to the entry of the Proposed Order Sealing Trial exhibits. The parties stipulate and agree that the following exhibits should be sealed to maintain the safety of the Confidential Informant that testified at trial in the above mentioned case: Government's Exhibits 1A-1D and Defendant's Exhibits 35, 40, 45, 50, 55 and 75.

DATED: June 13, 2014                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney

                                         By:      /S/
                                         KIMBERLY E. HOPKINS
                                         W.S. WILSON LEUNG
                                         Assistant United States Attorneys

DATED: June 13, 2014                    By:      /S/
                                         SEVERA KEITH
                                         Attorney for Defendant Ivan Speed

[PROPOSED] ORDER

Based on the Stipulation set forth above, and for good cause shown, IT IS HEREBY ORDERED that the Following Trial exhibits will be sealed: Government's Exhibits 1A-1D and Defendant's Exhibits 35, 40, 45, 50, 55 and 75.

DATED: June  16 , 2014

IT IS SO ORDERED
Judge Edward M. Chen

SECOND AMENDED STIPULATION AND
[PROPOSED] ORDER SEALING TRIAL EXHIBITS            2